IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

v.                          No. 4:18-cr-42-DPM-2

CATHERINE C. MATHIS                                    DEFENDANT

## ORDER

Mathis's motion for early termination of supervised release, *Doc. 178*, is denied without prejudice. The Court commends her on the great progress she has made. But the stumbles early in her supervision indicate that early termination is not warranted. The Court appreciates the responses from the United States and the Probation Office. The Court encourages Mathis to press on.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 February 2025